UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREDERICO J. BELL,

        Plaintiff,

   v.                              Case No. 11-C-598

DEPARTMENT OF VOCATIONAL
REHABILITATION, et al.,

        Defendants.

**ORDER**

On November 28, 2011, the Court entered a Decision and Order granting the defendant's motion to dismiss the complaint. The dismissal was without prejudice, however, meaning that if plaintiff is able to cure the deficiencies noted in the decision, he can file an amended complaint and the action will proceed. Defendant should not have to wait indefinitely, however, in order for plaintiff to decide whether he will do so. Accordingly, plaintiff will have 30 days within which to file an amended complaint. If he fails to do so, the action will be dismissed.

**SO ORDERED** this   29th   day of November, 2011.

                                      s/ William C. Griesbach
                                      William C. Griesbach
                                      United States District Judge